IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUINIX, INC., | |
| Plaintiff, | No. C 10-00680 JSW |
| v. | |
| HIP PERFORMANCE GROUP, LLC, et al., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is set for a hearing on May 7, 2010 on the motion to compel arbitration filed by Plaintiff Equinix, Inc. and the motion to dismiss filed by Defendants Douglass R. Chorpenning and Dana M. Chorpenning. The Court HEREBY ORDERS that any opposition to these motions shall be filed by no later than March 26, 2010 and any reply briefs shall be filed by no later than April 2, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 12, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE