IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EQUINIX, INC.,

    Plaintiff,

v.

HIP PERFORMANCE GROUP, LLC, et al.,

    Defendants.

No. C 10-00680 JSW

**ORDER ADMINISTRATIVELY CLOSING CASE**

On April 30, 2010, Defendants filed a notice of the automatic stay pursuant to the bankruptcy petition filed by Douglas R. Chorpenning and Dana M. Chorpenning (the "Chorpennings"). In light Plaintiff's alleged connection between defendant HIP Performance Group, LLC ("HIP") and the Chorpennings, including that HIP is merely the alter ego of the Chorpennings, the Court finds it appropriate to stay this entire matter pending the bankruptcy proceeding.

By virtue of the automatic stay, the Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within **ten (10) days** of the lifting of the bankruptcy stay, and this matter shall thereafter be reopened. Moreover, the Court HEREBY TERMINATES the pending motion to compel arbitration and motion to

///
///
///
///

dismiss for lack of jurisdiction. This Order is without prejudice to Defendants refiling these motions after the stay is lifted.

**IT IS SO ORDERED.**

Dated: May 3, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE